No. 505, Misc.  PEEK *v.* UNITED STATES ET AL.;
No. 512, Misc.  CORONADO *v.* CALIFORNIA;
No. 534, Misc.  ALEXANDER *v.* GREEN, CORRECTIONAL SUPERINTENDENT;
No. 540, Misc.  MURPHY *v.* FLORIDA; and
No. 542, Misc.  RANCE *v.* WARDEN, U. S. PENITENTIARY, TERRE HAUTE, INDIANA.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 276, Misc.  REXFORD *v.* FLORIDA.  Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.  Petitioner *pro se.  James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 527.  HANNA MINING CO. ET AL. *v.* DISTRICT 2, MARINE ENGINEERS BENEFICIAL ASSOCIATION, AFL–CIO, ET AL.  On petition for writ of certiorari to the Supreme Court of Wisconsin.  The Solicitor General is invited to file a brief expressing the views of the United States.

No. 493, Misc.  WOLFSOHN, EXECUTRIX *v.* BAZELON, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.  Motion for leave to file petition for writ of mandamus and for other relief denied.  *Fred I. Simon* for petitioner. *Gregory Hankin,* respondent, *pro se.*

No. 624.  PARSONS, TOWN CLERK OF THE TOWN OF HUBBARDTON, ET AL. *v.* BUCKLEY ET AL.; and
No. 625.  HOFF, GOVERNOR OF VERMONT, ET AL. *v.* BUCKLEY ET AL.  Appeals from the United States Dis-